# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOROMI WASHINGTON, | CASE NO.   1:09-cv-827-OWW-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR DEFAULT |
| v. | (ECF No. 15) |
| DERRELL G. ADAMS, et al., | AND |
| Defendants. | DENYING MOTION FOR SUMMARY JUDGMENT |
| / | (ECF No. 16) |

Plaintiff Toromi Washington ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court are Plaintiff's Motion for Default [ECF No. 15] and Motion for Summary Judgment [ECF No. 16].

Plaintiff has yet to state a cognizable claim.  Accordingly, the Court has not yet ordered that Defendants be served.   It would therefore be improper to enter default or consider summary judgment against them at this time.  Moreover, the Court recently dismissed Plaintiff's Amended Complaint for failure to state a claim upon which relief could be granted. (ECF No. 17.)  There therefore is no pending pleading upon which a default could be entered or summary judgment granted in this action.

Accordingly, Plaintiff's Motion for Default and Motion for Summary Judgment are

///

///

1 | DENIED.
2 |
3 | IT IS SO ORDERED.
4 | Dated:    August 10, 2010              /s/ *Michael J. Seng*
  |                                        UNITED STATES MAGISTRATE JUDGE